# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**MICHAEL DEWAYNE THOMAS,**            *
                                       *
    **Plaintiff,**                      *
                                       *
**vs.**                                *    **CIVIL ACTION NO. 14-00078-KD-B**
                                       *
**RONZELLA HOWARD,** *et al.,*         *
                                       *
    **Defendants.**                     *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice for failure to comply with the Court's Order and to prosecute this action.

DONE and ORDERED this the 19th day of July 2016.

                s/ Kristi K. DuBose
                KRISTI K. DuBOSE
                UNITED STATES DISTRICT JUDGE